# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00404-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIO CESAR HERNANDEZ-ZUBIATE, also known as Julio Hernandez, also known as Martin Espinoza,

    Defendant.

## ORDER

This matter came before the Court on October 15, 2010, for a non-evidentiary hearing on Defendant Julio Cesar Hernandez-Zubiate's motion to dismiss the indictment. (Doc. 11.) At that time, Hernandez-Zubiate requested the opportunity to present evidence in support of his motion. The Court grants that request, vacates the trial set for October 18, 2010, and directs the parties to contact the Court's chambers to schedule a two-hour evidentiary hearing on this motion to be held within thirty days.

Dated this __18th__ day of ___October___, 2010.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE